# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 20-633 consolidated with 20-632


CARMEN BERGERON MOSING, ET AL.

VERSUS

SHARON MOSING MILLER, ET AL.



\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20201625
HONORABLE LAURIE A. HULIN, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## SHANNON J. GREMILLION
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, Van H. Kyzar, and Sharon Darville Wilson, Judges.


**AFFIRMED.**

**Jack M. Alltmont**
**Sessions, Fishman, Nathan & Israel, LLC**
**400 Poydras Street, Suite 2550**
**New Orleans, LA 70130**
**(504) 582-1500**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
 **Carmen Bergeron Mosing**
 **Carmen Bergeron Mosing obo Chloe Bella Mosing**
 **Carmen Bergeron Mosing obo Chase Dupre Mosing**

**Richard C. Stanley**
**Eva J. Dossier**
**Stanley, Reuter, Ross, Thornton & Alford, LLC**
**909 Poydras Street, Suite 2500**
**New Orleans, LA 70112**
**(504) 523-5180**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
 **Carmen Bergeron Mosing**
 **Carmen Bergeron Mosing obo Chloe Bella Mosing**
 **Carmen Bergeron Mosing obo Chase Dupre Mosing**

**Daniel J. Finch**
**Christopher B. Bailey**
**Shawn A. Carter**
**Randazzo Giglio & Bailey, LLC**
**900 E. Saint Mary Boulevard, Suite 200**
**Lafayette, LA 70503**
**(337) 291-4900**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **Sharon Mosing Miller**

**Gary McGoffin**
**Durio, McGoffin, Stagg & Ackermann**
**220 Heymann Boulevard**
**P.O. Box 51308**
**Lafayette, La 70505**
**(337) 233-0300**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
 **Steven Brent Mosing**
 **Michael Frank Mosing**

**GREMILLION, Judge.**

For the reasons expressed in *Mosing v. Miller*, 20-632 (La.App. 3 Cir. __/__/__), ___ So.3d ___, we affirm the trial court's judgment.

**AFFIRMED.**